# United States District Court
# For The Western District of North Carolina
# Statesville Division

KATHY A. CURTIS,

    Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.                            CASE NO. 5:09CV111

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2011 Order.

                                             Signed: September 12, 2011

                                             Frank G. Johns, Clerk
                                             United States District Court